IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

INLAND MARINE SERVICE, INC.          Civil No. _____

    Plaintiff                                              IN ADMIRALTY

v.

GREAT NORTHERN & SOUTHERN
NAVIGATION CO. LLC FRENCH
AMERICA LINE
700 Churchill Parkway
Fairfield, LA 70094

    **Serve:**
    DAVID CHRISTOPHER TIDMORE
    Registered Agent
    3104 Roberta St.
    Metairie, LA 70003

    and

M/V LOUISIANE, Official No.
1023608, in rem

    Defendants.

## COMPLAINT IN ADMIRALTY

COMES NOW Plaintiff Inland Marine Service, Inc., by and through counsel, and for its Complaint in Admiralty against Defendants Great Northern & Southern Navigation Co. LLC French America Line, in personam, and the M/V Louisiane, Official No. 1023608, her engines, tackle, appurtenances, etc. in rem (collectively, "Defendants"), hereby states as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  This Court has jurisdiction pursuant to 28 U.S.C. § 1333.

2. Plaintiff Inland Marine Service, Inc. ("Inland Marine") is a Kentucky corporation with its principle place of business located in Hebron, Kentucky.

3. Defendant Great Northern & Southern Navigation Co. LLC French American Line ("FAL") is a limited liability company organized under the laws of Louisiana with its principal place of business in Jefferson Parish, Louisiana.

4. Defendant M/V Louisiana (Official No. 1023608) is a passenger vessel owned by FAL.

5. On May 13, 2016, Inland Marine and FAL entered a Marine Services Agreement ("Agreement"). A true and accurate copy of which is attached hereto as Exhibit "A."

6. Venue is proper pursuant to the venue selection clause set forth in Section 5 of the Agreement identifying this Honorable Court as the sole and exclusive venue for any disputes arising out of the Agreement.

7. Pursuant to the terms of the Agreement, Inland Marine provided necessaries and marine services to FAL and the M/V Louisiane, including, but not limited to, crewing, management, vessel security, and other services.

8. At all times relevant herein, Inland Marine acted in compliance with the terms and conditions of the Agreement.

9. The Agreement requires FAL to compensate Inland Marine for its services in accordance with Section B of the Agreement and in the amounts outlined in Exhibit A to the Agreement.

10. FAL has and continues to breach the Agreement by failing to make payment to Inland Marine for its services as required by the Agreement.

11. On October 25, 2017, FAL acknowledged $1,565,082.10 was owed to Inland Marine under the Agreement and agreed to pay the amount owed over 36 months at an interest rate of 10% beginning in December 2017.

12. To date, FAL has made only a single payment on April 23, 2019 in the amount of $12,910.65, with all other amounts and interest remaining due.

13. The services provided by Inland Marine pursuant to the Agreement constitute services to the M/V Louisiane, which, by operation of law, gives rise to a maritime lien for all outstanding amounts plus interest.

14. A Notice of Claim of Lien was registered with the Coast Guard.

15. Inland Marine's lien remains unsatisfied.

16. Pursuant to general maritime law and/or the Federal Maritime Lien Act, 46 U.S.C. § 31301, *et seq.*, Inland Marine has a maritime lien against the M/V Louisiane, <u>in rem</u>, which it is asserting herein and is entitled to have this Court recognize and seeks judgment against the vessel herein for all damages, plus interest, cost and attorney's fees.

WHEREFORE, Plaintiff Inland Marine Service, Inc. respectfully requests that Defendants Great Northern & Southern Navigation Co. LLC French America Line, <u>in personam</u>, and the M/V Louisiane, Official No. 1023608, her engines, tackle, appurtenances, etc., <u>in rem,</u> be cited to appear and answer, and, after a trial on the merits of this cause, that judgment be entered in its favor as follows:

    a.    Actual damages in excess of the minimum jurisdictional limits of this Court;

    b.    Attorney's fees;

    c.    Pre-judgment interest at the maximum legal rate;

  d.  Post-judgment interest at the maximum legal rate;

  e.  Costs of court; and

  f.  Such other and further relief, special and general, legal and equitable, to which Plaintiff may justly be entitled

Plaintiff further prays that its maritime tort lien against the M/V Louisiane, <u>in rem</u>, be recognized by the Court and seeks judgment against the vessel herein for all damages, plus interest, cost and attorney's fees and that the M/V Louisiane, her engines, tackle, apparel, etc., be seized, condemned and sold to pay such sums, and for such other general and equitable relief as this Honorable Court deems proper.

        Respectfully submitted,

        <u> s/  Todd M. Powers       </u>
        Todd M. Powers (KY #83887)
        Megan A. Sullivan (KY #92830)
        SCHROEDER, MAUNDRELL, BARBIERE & POWERS
        5300 Socialville-Foster Road, Suite 200
        Mason, Ohio 45040
        (513) 583-4200 Tel.
        (513) 583-4203 Fax
        tpowers@smbplaw.com
        mahrens@smbplaw.com
        ***Attorneys for Plaintiff Inland Marine Service, Inc.***